```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KEDAR FAIRFAX                    :        CIVIL ACTION
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA, et al.     :        NO. 14-922

<u>ORDER</u>

AND NOW, this 19th day of November, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff Kedar Fairfax for partial summary judgment (Doc. # 6) is DENIED; and

(2)  the motion of defendants City of Philadelphia; Charles Ramsey, Michael Levin, Vincent Visco, John Martin, and Anthony Mooney for partial summary judgment (Doc. # 5) is:

    (a)  GRANTED as to defendants City of Philadelphia and Charles Ramsey; and

    (b)  DENIED as to defendants Michael Levin, Vincent Visco, John Martin, and Anthony Mooney.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                      J.